**Order filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-12-00794-CV

————————

## ZACHARY COLEMAN, Appellant

## V.

## CHRISTOPHER DEWAYNE REICH, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 978,234-002**

## ORDER

This is an appeal of a summary judgment granted in favor of Christopher DeWayne Reich. The appeal was abated pursuant to the Texas Insurance Code. *See* Tex. Ins. Code. §§ 443.08 and 462.309. The period for a stay of as set out in Tex. Ins. Code § 462.309 has expired. Unless any party files a response within fifteen days of the date of this order demonstrating that the stay has been extended, the appeal will be reinstated.

PER CURIAM